# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140831

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PATRICK J. DEVLIN,
       Plaintiff-Appellant,

v

SC: 140831
COA: 287826
Ingham CC: 08-000770-AS

CIVIL SERVICE COMMISSION,
DEPARTMENT OF TREASURY, and
GAMING CONTROL BOARD,
       Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the February 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

_____
Clerk